ALVAH ARMSTRONG, Appellant, *v.* MICHAEL BOOMANSOUR, Respondent.

(Submitted October 21, 1929; decided October 22, 1929.)

Motion to vacate order dismissing appeal granted. (See 251 N. Y. 590.)

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* FRED W. EDEL, Appellant.

(Argued October 7, 1929; decided October 25, 1929.)

*Alexander I. Rorke, Ira Holley, Noah L. Braunstein, Joseph W. O'Donnell* and *Frederick L. Kane* for appellant.

*Joab H. Banton, District Attorney (Robert C. Taylor* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, O'BRIEN and HUBBS, JJ.; KELLOGG, J., dissents upon the ground that the evidence fails to show that the defendant committed the homicide while engaged in the commission of a felony.